**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

*In Re:*

**Alvin Leroy Bonner**,   Case No.
                          Chapter 13
*Debtor(s).*

## CHAPTER 13 PLAN
(Individual Adjustment of Debts)

| | | |
|---|---|---|
| Debtor(s): | **Alvin Leroy Bonner** | s.s. # xxx-xx-6552 |
| Debtor(s) Address: | **4390 Lloydminster Cove** <br> **Memphis TN 38141** | |
| Plan Payment: | Debtor(s) to pay   **$115.00 BI-WEEKLY** | |
| Payroll Deduction: | Yes ( X )   No ( _ )   Direct Pay Because _____   First Payment Date _____ | |
| Debtor(s) Employer: | **Methodist Lebonheur Healthcare** | |

| | | Monthly Plan Payment |
|---|---|---|
| Administrative: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |
| Auto Insurance: | ( X ) Not Included in Plan     ( _ ) Included in Plan | |
| Child Support: | Future support through Plan paid to _____ <br> Ongoing child support payment start date _____ <br> Arrearage Amount _____ | |
| Priority Creditors: | _____   _____   _____ % | _____ |
|                   | _____   _____   _____ % | _____ |

Home Mortgages:   If no arrearage, ongoing payments are to be paid directly by debtor(s).
1st Mortgage on Primary Residence – 4390 Lloydminster Cove, Memphis TN 38141
Alliance Realty Capital    Ongoing mortgage payment to begin FEBRUARY 2015
ONGOING PAYMENT PAID DIRECTLY TO CREDITOR OUTSIDE PLAN
Approximate arrearage $3,338.00    Interest  0.00  %                    $56.00

2nd Mortgage on Primary Residence -
_____ Ongoing mortgage payment to begin _____
Approximate arrearage $_____   Interest _____ %

| Secured Creditors: (Retain lien U.S.C. § 1325(a)(5)) | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Adequate protection payment will be ¼ (25%) of proposed creditor monthly payment. | | | |
| CPAC (PMSI: 2006 Pontiac Grand Prix, retain, over 910) | $1,398.26 | 5.25 % | $31.00 |
| Shelby County Trustee (2013 & 2014 Property Taxes) | $1,747.32 | 12.0 % | $39.00 |
| City of Memphis Treasury Office (2013 & 2014 Property Taxes) | $1,452.55 | 12.0 % | $32.00 |

Unsecured Creditors:   Absent a specific Court order otherwise, all claims, other than those specifically provided for in this plan, shall be paid as general unsecured debts. General unsecured creditors will receive an amount to be determined by Trustee.
CLASS 1   _____   _____   _____ %   _____
CLASS 1   _____   _____   _____ %   _____
LEASE     Kirby Self Storage (ASSUME – PAID DIRECT OUTSIDE PLAN)

Estimated Total Unsecured, Non-Priority Debt:         $7,881.04

Termination:   Plan shall terminate upon payment of the above, approximately 60 months.

Debtor(s) Attorney:   S. Jonathan Garrett (019389)   2670 Union Avenue Extended, Suite 1200, Memphis, Tennessee 38112-4424
Email: jongarrettlaw@gmail.com      Telephone: 901-323-3200   Fax: 901-323-3275

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN